**JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
P.O. Box 28340
Fresno, California 93729

Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley #199103

Attorneys for:   Defendants, COUNTRY FARE CAFÉ, INC.,
JOSE VALADEZ, TERESA VALADEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LOSORWITH,<br><br>       Plaintiff,<br><br>v.<br><br>COUNTRY FARE CAFÉ, INC., JOSE VALADEZ, TERESA VALADEZ<br><br>       Defendant(s). | Case No. 1:11-CV-00350-OWW-GSA<br><br>**STIPULATION FOR ORDER TO CONTINUE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER THEREON** |

1.   On or about March 14, 2011, Plaintiff, KELLI LOSORWITH ("Plaintiff") served her Complaint on Defendants, COUNTRY FARE CAFÉ, INC., JOSE VALADEZ, TERESA VALADEZ ("Defendants") making the response to the Complaint due on or before April 12, 2011.

2.   Thereafter, Defendants hired a Certified Access Specialist to inspect and to prepare a CASp report on the property at issue. Counsel for Defendants requested an additional 60-day extension of time to respond to the Complaint and to continue the Mandatory Scheduling Conference for 60 days to permit Defendants to make the necessary modifications to bring the property at issue into compliance with the ADA accessibility regulations and to permit the parties to negotiate a settlement of the case. Plaintiff's counsel agreed to permit Defendants to serve and file its response to the Complaint on or before June 13, 2011.

PDF created with pdfFactory trial version www.pdffactory.com

3.  Good cause exists for the extension of time to respond to the Complaint to permit Defendants time to make the required modifications to the property to bring it into compliance with the ADA, and to allow the parties time to negotiate a settlement of the case thereby avoiding the necessity of proceeding to trial.

4.  THEREFORE, IT IS HEREBY STIPULATED, by and between, Plaintiff KELLI LOSORWITH and Defendants COUNTRY FARE CAFÉ, INC., JOSE VALADEZ, TERESA VALADEZ, by and through their respective counsels of record, that Defendants may have up to and including June 13, 2011, to serve and file their respective response to the Complaint.

DATED: April 12, 2011         **JONES HELSLEY PC**

                              By: /s/ Michael S. Helsley_____
                                  Michael S. Helsley, Esq.,
                                  Attorneys for Defendants,
                                  COUNTRY FARE CAFÉ, INC.,
                                  JOSE VALADEZ, TERESA VALADEZ

DATED: April 12, 2011.        **MOORE LAW FIRM, P.C.**

                              By: /s/ Tanya Levinson Moore, Esq.
                                  Tanya Levinson Moore, Esq.
                                  Attorneys for Plaintiff
                                  KELLI LOSORWITH

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that Defendants have up to and including June 13, 2011 to serve and file their response to the Complaint.

IT IS SO ORDERED.

Dated: April 13, 2011         /s/ OLIVER W. WANGER
                              United States District Judge

---

STIPULATION FOR ORDER TO CONTINUE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

2

PDF created with pdfFactory trial version www.pdffactory.com