1 | K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
2 | MOORE LAW FIRM, P.C.
332 North Second Street
3 | San Jose, California  95112
Telephone (408) 298-2000
4 | Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com
5 |
Attorneys for Plaintiff
6 |
7 |
8 | **UNITED STATES DISTRICT COURT**
9 | **EASTERN DISTRICT OF CALIFORNIA**
10 |

11 | KELLI LOSORWITH,                                      )   No.  1:11-CV-00350-GSA
                                                              )
12 |                     Plaintiff,                       )   **STIPULATION FOR DISMISSAL OF**
                                                              )   **ACTION; ORDER**
13 |              vs.                                      )
                                                              )
14 | COUNTRY FARE CAFÉ, INC., JOSE        )
VALADEZ and TERESA VALADEZ,              )
15 |                                                      )
                                                              )
16 |                     Defendants.                      )
                                                              )
17 | _____)

18 |        IT IS HEREBY STIPULATED by and between Plaintiff Kelli Losorwith and

19 | Defendants Country Fare Café, Inc., Jose Valadez and Teresa Valadez, the parties to this action,

20 | by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure

21 | 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

22 | Date: November 1, 2011                          MOORE LAW FIRM, P.C.

23 |

24 |                                                      /s/Tanya E. Moore
                                                          Tanya E. Moore
25 |                                                      Attorneys for Plaintiff Kelli Losorwith

26 |

27 | ///

28 | ///

*Losorwith v. Country Fare Café, Inc., et al.*
Stipulation for Dismissal; Order

1   Date: November 1, 2011                              WANGER JONES HELSLEY PC

2

3                                                       /s/ Michael S. Helsley
                                                        Michael S. Helsley, Attorneys
4                                                       for Defendants Country Fare Café,
                                                        Inc., Jose Valadez and Teresa Valadez
5

6                                          **ORDER**

7

8          The parties having so stipulated,

9          IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

10

11

12  IT IS SO ORDERED.

13
           Dated:   **November 1, 2011**                    **/s/ Gary S. Austin**
14                                                  UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28


*Losorwith v. Country Fare Café, Inc., et al.*
Stipulation for Dismissal; Order